IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
DIVISION

IN THE MATTER OF THE COMPLAINT          §
OF TDW RENTALS, L.L.C., as owner of     §
the M/V TDW and its engines, equipment, §
tackle, apparel and appurtenances, and  §
DEAN EQUIPMENT, INC., as owner pro      §          NO.  1:25-CV-509-MJT
hac vice and operator of the M/V TDW and §
its engines, equipment, tackle, apparel and §       JUDGE MICHAEL TRUNCALE
appurtenances, FOR EXONERATION          §
FROM AND/OR LIMITATION OF               §
LIABILITY                               §

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is Limitation Petitioners TDW Rentals, L.L.C., and Dean Equipment, Inc.'s (collectively "Limitation Petitioners") *Unopposed Motion for Entry of Default Judgment* [Dkt. 68].  On January 28, 2026, the Court referred this motion to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition.  [Dkt. 73].  On April 6, 2026, Judge Hawthorn issued a *Report and Recommendation*, which recommended granting the motion. [Dkt. 87].

The Court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 87] along with the record, pleadings, and all available evidence.  The Court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the *Report and Recommendation* of the United States Magistrate Judge [Dkt. 87] is ADOPTED.

**SIGNED this 23rd day of April, 2026.**

_____
Michael J. Truncale
United States District Judge